No. 84–1157. NKC HOSPITALS, INC. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 84–1167. PINAR *v.* DOLE, SECRETARY OF TRANSPORTATION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–1185. RAZATOS *v.* COLORADO SUPREME COURT ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–1231. STRICKLAND, WARDEN, ET AL. *v.* KING. C. A. 11th Cir. Certiorari denied.

No. 84–1238. ROOP *v.* ALASKA. Ct. App. Alaska. Certiorari denied.

No. 84–1263. RODMAN ET AL. *v.* HENSLEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–1275. STEWART *v.* DISNEYLAND, DIVISION OF WALT DISNEY PRODUCTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1283. LUNA *v.* HOUSE OF SOFAS ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–1284. UNITED STATES *v.* SQUILLACOTE ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–1289. PORT TERMINAL RAILROAD ASSN. *v.* SIMS. Ct. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.

No. 84–1290. BYRNE *v.* MASS TRANSIT ADMINISTRATION ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 84–1296. PENNSYLVANIA DENTAL ASSN. ET AL. *v.* MEDICAL ASSOCIATION OF PENNSYLVANIA, DBA PENNSYLVANIA BLUE SHIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–1301. AMIS *v.* STEELE, LEE COUNTY TAX COLLECTOR, ET AL. C. A. 11th Cir. Certiorari denied.